Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 12-CR-10090-PBS |
| | ) |
| HARRY P. LEVY | ) |

## WAIVER OF INDICTMENT

I, **HARRY P. LEVY**, the above-named defendant, who is accused of knowingly and with intent to defraud, effecting transactions with one or more access devices (credit cards) issued to another person, to receive payment or anything of value during a 1-year period, valued in the aggregate of at least $1,000, and by doing so affected interstate or foreign commerce, in violation of 18 U.S.C. § 1029(a)(5), and of knowingly and willfully making a material false statement or making or using a false writing or document, while knowing that the statement, writing or document contained materially false, fictitious, or fraudulent information, making the statement voluntarily and intentionally and in a United States Postal Inspection Service and grand jury investigation, in violation of 18 U.S.C. § 1001, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on April 20, 2012, prosecution by indictment and consent

that the proceeding may be by information instead of by indictment.

                                                                                                                                        */s/ [signature]*  
                                                                                                                                        Defendant

                                                                                                 */s/ Steven [signature]*  
                                                                                                 Counsel for the Defendant

Before:   */s/ Patti B. Saris*  
                Judicial Officer