UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   :
                          :
                          :
v.                        :        CRIMINAL NO: 12-10090-01-PBS                    :
                          :
HARRY P. LEVY             :


DEFENDANT HARRY P. LEVY'S ASSENTED MOTION TO
EXTEND TIME TO SELF REPORT


The Defendant Harry P. Levy moves to extend the time in which he must self report to serve his sentence at the designated Bureau of Prisons Facility from October 29, 2102 to November 29, 2012.

In support of this Motion, counsel states that he has been informed by the United States Marshals Service that as of today (10/23/2012) the Bureau of Prisons has not designated the institution to which Mr. Levy must report.  Accordingly, the Marshals Service suggested that counsel file a motion to extend the reporting date to avoid Mr. Levy having to report to the Marshals Service on October 29 and then being held locally pending a facility designation.

AUSA Scott L. Garland assents to this motion.

HARRY P. LEVY
By his attorney,


 /s/ Steven A. Sussman

Steven A. Sussman
B.B.O. #488800
6 Beacon Street Suite 400
Boston MA 02108
Tel: 617-973-4800


Dated: October 23, 2012

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2012.

/s/ Steven A. Sussman