UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 12-10090-PBS |
| ) | |
| HARRY P. LEVY,       ) | |
| Defendant.   ) | |

## UNITED STATES' MOTION TO WITHDRAW
## MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)

The United States of America, through undersigned counsel, hereby respectfully moves this Court to allow withdrawal of its Motion for Order of Forfeiture (Money Judgment) and the proposed Order of Forfeiture (Money Judgment), filed on July 9, 2012.  *See* Docket No. 10.

As grounds therefore, the government states it has acknowledged satisfaction of the assessment, restitution and/or fine Judgment as to the defendant Harry P. Levy, by payment in full and based on his payment of the same no longer seeks entry of a money judgment.  *See* Docket No. 20.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By:   /s/ Mary B. Murrane
       MARY B. MURRANE
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
Date: September 13, 2013       (617) 748-3100

**CERTIFICATE OF SERVICE**

      I, Veronica M. Lei, Assistant U.S. Attorney, hereby certify that the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | /s/ Mary B. Murrane |
|  | MARY B. MURRANE |
| Dated: September 13, 2013 | Assistant U.S. Attorney |